UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 1:21-CR-00155-03 |
| VERSUS | JUDGE DRELL |
| ADAM JAMES JOHNSON, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendant's Motions to Suppress (ECF Nos. 131, 214) are DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this day of 15th March, 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT