UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 1:21-CR-00155-03 |
| VERSUS | JUDGE DEE D. DRELL |
| ADAM JAMES JOHNSON | MAGISTRATE JUDGE PEREZ-MONTES |

---

## NOTICE OF APPEAL

---

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, defendant, **ADAM JAMES JOHNSON,** hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment of conviction and sentence in this case, [more specifically: the denial of his *Motion to Withdraw Guilty Plea* and during that hearing, the exclusion as Hearsay of his former attorney's letter giving an erroneous estimate of his Guideline range of confinement, on November 27, 2023], which judgment was signed on December 27, 2023 and entered on the docket on that date.

*(Signature on following page)*

Dated: __**January 5, 2024**__                Respectfully Submitted,

                              By: _/s/ Brett L. Grayson_

                              BRETT L. GRAYSON, (#06268)
                              850 Kaliste Saloom Rd., Suite 120
                              Lafayette, Louisiana 70508-4230
                              Telephone: (337) 706-7646
                              Facsimile: (337) 706-7648
                              Email: brett.grayson@blgraysonesq.com
                              ATTORNEY   FOR   ADAM JAMES
                              JOHNSON

## CERTIFICATE

    I hereby certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Lafayette, Louisiana this __**5th**__ day of __**January**__, 2024.

                              _/s/ Brett L. Grayson_

                              BRETT L. GRAYSON
                              LA Bar Roll #: 06268