UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 1:21-CR-00155-03 |
| VERSUS | JUDGE DEE D. DRELL |
| ADAM JAMES JOHNSON | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

The Court, having considered the Motion to Withdraw As Counsel in this cause and finding same to be well taken, it is

ORDERED AND ADJUDGED that the Motion be and is hereby GRANTED.

IT IS FURTHER ORDERED that **BRETT L. GRAYSON** be stricken from the record in the captioned cause relative to his representation of defendant, **ADAM JAMES JOHNSON.**

IT IS FURTHER ORDERED that this matter is hereby referred to the Office of the Federal Public Defender for assignment of appeal counsel.

Alexandria, Louisiana this  9th  day of  January , 2024.

_____
~~JUDGE DEE D. DRELL~~
~~UNITED STATES DISTRICT JUDGE~~
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE